**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DARRIN MARCEL BREWER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    CIV-05-1382-R |
| | ) |
| **TIM COPPICK, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered June 2, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety; Defendant Director John Doe's motion to dismiss Plaintiff's Complaint on grounds of *Younger*[1] abstention and the *Heck*[2] doctrine is GRANTED and the Plaintiff's Complaint against Defendant Director John Does is DISMISSED without prejudice; and Plaintiff's Complaint against Defendants Coppick, Thigpen, John Doe (Editor of the *Lawton Constitution* newspaper) and Gaylord is DISMISSED pursuant to F.R.Civ.P. 4(m) and an extension of time for Plaintiff to effect service would be futile because Plaintiff's claims against all of these Defendants are barred under *Younger* and *Heck*.

---

[1] *See Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

[2] *See Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**It is so ordered this 13ᵗʰ day of July, 2006.**

_/s/ David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE